AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>MARY LOUISE BUDD<br><br>*Defendant* | )<br>)  Case No.   2:12-mj-0037-GWF<br>)<br>)  Charging District: Northern District of California<br>)                                Oakland Division<br>    Charging District's Case No.   CR 11-0764-PJH |



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 31 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  Ronald V. Dellums Federal Building<br>1301 Clay Street, Oakland, CA 94612-5217<br>Before the Presiding U.S. Magistrate Judge | Courtroom No.:  AS ORDERED<br><br>Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Jan 31, 2012

*Judge's signature*

GEORGE FOLEY, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*